No. D–2063.  IN RE DISBARMENT OF MASSEY.   Thomas Allen Massey, of Oklahoma City, Okla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.